**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Richard Arthur MCWHINNEY,
Defendant—Appellant.**

**No. 04–30241.**

**D.C. No. CR–03–00502–MJP.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 19, 2005.

Lisca N. Borichewski, Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Michael Filipovic, Federal Public Defender's Office Western District of Washington, Seattle, WA, for Defendant–Appellant.

Before T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

MEMORANDUM**

Richard Arthur McWhinney appeals the 10–month sentence imposed after his guilty-plea conviction for transporting currency without filing a report, in violation of 31 U.S.C. §§ 5316(a)(1)(A) and 5322(a). We have jurisdiction under 28 U.S.C. § 1291, and we remand.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

Because McWhinney was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court to answer that question, and to proceed pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005) (extending *Ameline*'s limited remand procedure to cases involving nonconstitutional *Booker* error).

**REMANDED.**

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

